UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS C. RICHARDSON, Trustee,

       Plaintiff,

v.

       File No.  1:11-CV-916
       Adv. Pro No. 11-80300
       HON. ROBERT HOLMES BELL

BDSM CORP., f/k/a BARON DRAWN
STEEL CORPORATION OF MICHIGAN,

       Defendant.
       _____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed an amended report and recommendation ("R&R") (Dkt. No. 1) issued by United States Bankruptcy Judge Scott W. Dales regarding the Trustee's motion for default judgment on his complaint against Defendant BDSM Corp.  Defendant is not represented by counsel.  The R&R was mailed to Defendant at its last known address on August 31, 2011.  Defendant has not filed any objections to the R&R, and the time for doing so has expired.  *See* Bankr. R. 9033(b).  The Court has reviewed the R&R, and agrees with its recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the August 26, 2011, R&R of the Bankruptcy Judge (Dkt. No. 1) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Trustee's motion for default judgment (Adv. Pro Dkt. No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Trustee is entitled to **AVOID** the transfers totaling $10,899.29 from Defendant as described in Plaintiff's complaint as preferential transfers pursuant to 11 U.S.C. § 547, and to **RECOVER $10,899.29** from the Defendant, together with costs in the amount of **$250.00**.

Dated: September 23, 2011            /s/ Robert Holmes Bell
                                     ROBERT HOLMES BELL
                                     UNITED STATES DISTRICT JUDGE